1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SECURITY FINANCIAL FUND, LLC, an Idaho Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> WESLEY NAKAMOTO, an unmarried man, and JOHN DOES 1 through 10, <br><br> Defendants. | NO:  11-CV-0293-TOR <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

7

8

9

10

11

12

13

14      BEFORE THE COURT is the parties' Stipulation and Order Dismissing

15  Plaintiff's Claims Against Defendant Wesley Nakamoto (ECF No. 57).  Pursuant

16  to the parties' stipulation, the Court will dismiss this case with prejudice and

17  without and award of attorney's fees or costs to either party.  Fed. R. Civ. P.

18  41(a)(1)(A)(ii).

19  //

20  //

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

1.  The parties' Stipulation and Order Dismissing Plaintiff's Claims Against Defendant Wesley Nakamoto (ECF No. 57) is **GRANTED**.  Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without an award of attorney's fees or costs to either party.

2.  All pending hearings are **VACATED** and all pending motions are **DENIED AS MOOT**.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** July 1, 2013.

THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2